GEORGE A. SMYTH, as Guardian ad Litem for DAVID A. SMYTH, an infant, Respondent, v. ROSE PELLEGRINO et al., Appellants, et al., Defendants.—

Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.